Bingham McCutchen LLP
KRYSTAL N. BOWEN (SBN 163972)
krystal.bowen@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2760
Facsimile: 415.393.2286

Attorneys for Defendant
DEDEAUX MAURICE BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DEDEAUX MAURICE BROWN, Defendant. | No. CR 12-0188 WHA **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

Defendant Dedeaux Maurice Brown, by his attorney, Krystal N. Bowen, and the United States of America, by its counsel Melinda Haag, United States Attorney, and Kevin Barry, Assistant United States Attorney, of counsel, respectfully submit this Stipulation and Proposed Order to request a continuation of the June 12, 2012 sentencing hearing in the above-captioned matter. Pursuant to Crim. L.R. 32-2, the parties hereby stipulate and agree to the following:

1. On March 27, 2012, defendant Dedeaux Maurice Brown entered a guilty plea to a Count One of a single count Information charging him with possession of a controlled substance, in violation of 21 U.S.C. § 844(a). Mr. Brown, who is presently in custody as a result of his arrest in this matter, is scheduled for sentencing before this Court on June 12, 2012 at 2:00 p.m.

A/74963619.1

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
(No. CR 12-0188 WHA)

2. There is good cause for the requested continuance because Mr. Brown's counsel, Ms. Bowen, is scheduled to be traveling for and taking an out-of-state deposition on June 12-13, 2012.

3. Accordingly, the parties respectfully request a continuance of the June 12, 2012 sentencing hearing to July 17, 2012. Ms. Bowen has conferred with United States Probation Officer, Michelle Nero, who is assigned to this matter, and Ms. Nero has confirmed her availability on the requested date. The requested continuance would allow Mr. Brown's counsel to be available for sentencing and would allow the parties to consider and respond to the preliminary Pre-Sentence Report in the instant matter. Therefore, if the Court's schedule permits, the parties would respectfully suggest July 17, 2012 as continuation date.

**SO STIPULATED:**

DATED: June 5, 2012          /s/ _____
                              KRYSTAL N. BOWEN
                              Attorney for Dedeaux Maurice Brown

DATED: June 5, 2012          /s/ _____
                              KEVIN BARRY
                              Assistant United States Attorney

FOR ALL OF THE FOREGOING REASONS, the June 12, 2012 sentencing hearing in the above-captioned matter is continued until ___July 3, 2012___ at 2:00 p.m.

**SO ORDERED**.

DATED: June 7, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE